UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

LASALLE BANK, N.A., AS TRUSTEE FOR
THE REGISTERED HOLDERS OF J.P. MORGAN
CHASE COMMERCIAL MORTGAGE
SECURITIES CORP., COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2004-PNC1,

                Plaintiff

       v.                         CIVIL ACTION NO.:
                                    09-10942-EFH

BILLTECH EQUITY PARTNERS, LLC, ET AL.,

                Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDMENT TO THE MEMORANDUM AND ORDER OF NOVEMBER 3, 2010

November 4, 2010

HARRINGTON, S.D.J.

The following is to be added as the last paragraph of the Memorandum and Order of November 3, 2010.

"To delay the sale of the property at this time could jeopardize the consummation of the sale and to do so on this record would not be judicious. If LifeLinks, Inc., believes it has the grounds for a valid cause of action it can file a separate civil suit, initiate full discovery and seek an equitable remedy and damages."

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge